GT GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/15/2025___

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

December 11, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:    Stephenson v. Xerox Holdings Corporation (1:25-cv-08867) (AT) (SLC)**
> **Request for Extension of Time to Respond to Complaint and Other Deadlines**

Dear Judge Torres:

We represent Xerox Holdings Corporation ("Defendant") in the above-referenced matter.  On behalf of Defendant, and with the consent of plaintiff Jaron Stephenson ("Plaintiff"), we respectfully request a 30-day extension of time: (i) for Defendant to respond to the Complaint; (ii) for the parties to submit their joint letter and proposed Case Management Plan and Scheduling Order; and (iii) for the parties to file their appropriate submission regarding whether they consent to proceed before the Magistrate Judge.

As we were just retained yesterday, a period of time is requested so that we may investigate Plaintiff's claims, prepare our defenses, and determine how Defendant desires to proceed with respect to all of these filings.  Moreover, the parties commenced discussions regarding the claims and desire an opportunity to conclude their discussions prior to the filing of a responsive pleading or motion.

This application is Defendant's second request for an extension of time to respond to the Complaint (the first request was made prior to our firm's retention in this matter) and first request with respect to the other deadlines at issue.  Defendant's response to the Complaint currently is due on December 19, 2025, and the parties' joint filings are due on December 29, 2026.  If granted, Defendant would respond to the Complaint by Tuesday, January 20, 2026 (in light of Martin Luther King Day), and the parties would make their joint filings by January 28, 2026.  The requested extensions would not affect any other scheduled dates.

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin˙ Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London˙ Los Angeles.  Mexico City˙ Miami. Milan˙ Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul˙ Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv˙ Tokyo˙ Warsaw˙ Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˜Greenberg Traurig Germany, LLP; ˄A separate UK registered legal entity; ˖Greenberg Traurig, S.C.; ᵖGreenberg Traurig Santa Maria; ˢˢGreenberg Traurig LLP Foreign Legal Consultant Office; ᴬA branch of Greenberg Traurig, P.A., Florida, USA;  ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

ACTIVE 717280126v1

The Honorable Analisa Torres
December 11, 2025
Page 2

We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/ Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

cc:    Jon L. Norinsberg, Esq. (*via* ECF)
       Robert L. Schonfeld, Esq. (*via* ECF)

GRANTED.

SO ORDERED.

Dated:  December 15, 2025
        New York, New York

ANALISA TORRES
United States District Judge