**GT** GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/22/2026___

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

January 20, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:    Stephenson v. Xerox Holdings Corporation (1:25-cv-08867) (AT) (SLC)**
> **Request for Extension of Time to Respond to Complaint and Other Deadlines**

Dear Judge Torres:

We represent Xerox Holdings Corporation ("Defendant") in the above-referenced matter.  On behalf of Defendant, and with the consent of plaintiff Jaron Stephenson ("Plaintiff"), we respectfully request a 30-day extension of time: (i) for Defendant to respond to the Complaint; (ii) for the parties to submit their joint letter and proposed Case Management Plan and Scheduling Order; and (iii) for the parties to file their appropriate submission regarding whether they consent to proceed before the Magistrate Judge.

The reason for the request is that Defendant requires a brief period of additional time to complete its investigation regarding Plaintiff's claims while the parties simultaneously desire to conclude their discussions regarding those claims before Defendant files any responsive pleading or motion.  These matters were delayed in part due to the holidays and travel-related absences.  The requested extension would assist the parties in advancing their discussions aimed at resolving this matter through the voluntary dismissal of all claims without further litigation.

This application is Defendant's third request for an extension of time to respond to the Complaint and second request with respect to the other deadlines at issue.  Defendant's response to the Complaint currently is due on January 20, 2026, and the parties' joint filings are due on January 28, 2026.  If granted, Defendant would respond to the Complaint by February 19, 2026, and the parties would complete their joint filings by February 27, 2026.  The requested extensions would not affect any other scheduled dates.

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin˙ Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London˙ Los Angeles.  Mexico City˙ Miami. Milan˙ Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul˙ Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv˙ Tokyo˙ Warsaw˙ Washington, D.C. West Palm Beach. Westchester County.

Operates as ˙˙Greenberg Traurig Germany  LLP  *A separate UK registered legal entity  ⁺Greenberg Traurig  S.C.  ᴾGreenberg Traurig Santa Maria  ˙˙Greenberg Traurig LLP Foreign Legal Consultant Office  ^A branch of Greenberg Traurig  P.A.  Florida  USA   ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho  ˙Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

ACTIVE 718154649v1

The Honorable Analisa Torres
January 20, 2026
Page 2

We thank the Court for its consideration of our request.

Respectfully submitted,

/s/ *Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

cc:    Jon L. Norinsberg, Esq. (*via* ECF)
       Robert L. Schonfeld, Esq. (*via* ECF)

GRANTED.  By **February 19, 2026**, Defendant shall answer or otherwise respond to the complaint.  By **February 27, 2026**, the parties shall submit their joint filings.

SO ORDERED.

Dated:  January 21, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge