**GT** GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/19/2026

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

February 18, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:   Stephenson v. Xerox Holdings Corporation (1:25-cv-08867) (AT) (SLC)**
> **Request for Extension of Time to Respond to Complaint and Other Deadlines**

Dear Judge Torres:

We represent Xerox Holdings Corporation ("Defendant") in the above-referenced matter.  On behalf of Defendant, and with the consent of plaintiff Jaron Stephenson ("Plaintiff"), we respectfully request a 7-day extension of time: (i) for Defendant to respond to the Complaint; (ii) for the parties to submit their joint letter and proposed Case Management Plan and Scheduling Order; and (iii) for the parties to file their appropriate submission regarding whether they consent to proceed before the Magistrate Judge.  The reason for the request is that Defendant requires a brief period of additional time to determine how it shall proceed in this action due to an unanticipated personnel change, and the parties simultaneously desire this additional time to progress their discussions regarding the claims before Defendant files any responsive pleading or motion.

This application is Defendant's fourth request for an extension of time to respond to the Complaint and third request with respect to the other deadlines at issue.  Defendant's response to the Complaint currently is due on February 19, 2026, and the parties' joint filings are due on February 27, 2026.  If granted, Defendant would respond to the Complaint by February 26, 2026, and the parties would complete their joint filings by March 6, 2026.  The requested extensions would not affect any other scheduled dates.

GRANTED.  By **February 26, 2026**, Defendant shall answer or otherwise respond to the complaint.  By **March 6, 2026**, the parties shall file their joint letter, joint submission regarding consent to proceed before a Magistrate Judge, and joint case management plan.  In the event that Defendant wishes to file a motion to dismiss, the parties are referred to Rules III(A)–(B) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated:  February 19, 2026
         New York, New York

_____
ANALISA TORRES
United States District Judge