**GT** GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/26/2026___

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

February 25, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:    Stephenson v. Xerox Holdings Corporation (1:25-cv-08867) (AT) (SLC)**
> **Request for Extension of Time to Respond to Complaint and Other Deadlines**

Dear Judge Torres:

We represent Xerox Holdings Corporation ("Defendant") in the above-referenced matter. On behalf of Defendant, and with the consent of plaintiff Jaron Stephenson ("Plaintiff"), we respectfully request a 14-day extension of time: (i) for Defendant to respond to the Complaint; (ii) for the parties to submit their joint letter and proposed Case Management Plan and Scheduling Order; and (iii) for the parties to file their appropriate submission regarding whether they consent to proceed before the Magistrate Judge. The reason for the request is that the parties are actively engaged in discussions regarding the claims, making progress towards the potential resolution of this matter, and desire to conclude their discussions before Defendant files any responsive pleading or motion.

This application is Defendant's fifth request for an extension of time to respond to the Complaint and fourth request with respect to the other deadlines at issue. Defendant's response to the Complaint currently is due on February 26, 2026, and the parties' joint filings are due on March 6, 2026. If granted, Defendant would respond to the Complaint by March 12, 2026, and the parties would complete their joint filings by March 20, 2026. The requested extensions would not affect any other scheduled dates.

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˜Greenberg Traurig Germany, LLP; ˟A separate UK registered legal entity; ˄Greenberg Traurig, S.C.; ᴾGreenberg Traurig Santa Maria; ˟˟Greenberg Traurig LLP Foreign Legal Consultant Office; ˄A branch of Greenberg Traurig, P.A., Florida, USA; ≡GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

ACTIVE 719657336v1

The Honorable Analisa Torres
February 25, 2026
Page 2

We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/ Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

cc:    Jon L. Norinsberg, Esq. (*via* ECF)
Robert L. Schonfeld, Esq. (*via* ECF)

GRANTED.

SO ORDERED.

Dated:  February 26, 2026
New York, New York

ANALISA TORRES
United States District Judge